UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFRITA SIMMONS,<br><br>          Plaintiff,<br><br>     v.<br><br>DOUGLAS A. COLLINS, Secretary of<br>Veterans Affairs, et al.,<br><br>          Defendants. | Civil Action No. 25-0437 (TSC) |

## **DEFENDANTS' MOTION TO DISMSS**

Defendants, by and through the undersigned counsel, respectfully move to dismiss Plaintiff

Alfrita Simmons's complaint, ECF No. 1.  Dismissal is warranted under Federal Rule of Civil

Procedure 12(b)(6) for failure to state a claim upon which relief can be granted and Federal Rule

of Civil Procedure 12(b)(5) for insufficient service of process.  The grounds for dismissal are set

forth in the accompanying memorandum.  A proposed order is also enclosed.

 Dated: December 9, 2025                Respectfully submitted,

                                        JEANINE FERRIS PIRRO
                                        United States Attorney


                                 By:          */s/ William Thanhauser*
                                        WILLIAM THANHAUSER, D.C. Bar #1737034
                                        Assistant United States Attorney
                                        601 D Street, NW
                                        Washington, DC 20530
                                        (202) 252-7706

                                        *Attorneys for the United States of America*